1
2
3
4
5
6
7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10  THOMAS GETTY,

11          Plaintiff,                    No. CIV S-06-0193 GEB KJM P

12      vs.

13  A.H. WHITTEN, et al.,

14          Defendants.              <u>FINDINGS & RECOMMENDATIONS</u>

15  _____/

16          After reviewing the court's docket, it appears that this action is duplicative of CIV

17  S-06-0192 GEB KJM P.  Good cause appearing, IT IS HEREBY RECOMMENDED that this

18  action be dismissed.

19          These findings and recommendations are submitted to the United States District

20  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

21  days after being served with these findings and recommendations, plaintiff may file written

22  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

23  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

24  /////

25  /////

26  /////

1

1 specified time may waive the right to appeal the District Court's order. <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

DATED: October 24, 2006

                                                   _____
                                                   U.S. MAGISTRATE JUDGE

---

1 gett0193.dup